# EXHIBIT B

PLAINTIFF'S CIVIL RIGHTS COMPLAINT

# EXHIBIT B

31

Name: Wayne A. Porretti
HDSP. P.O. Box 650
Indian Springs, Nev 89070
#19740
Prison Number



```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
         COUNSEL/PARTIES OF RECORD

            JUN 23 2017

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Wayne A Porretti,
        Plaintiff,

vs.

Nevada State Prison
Director Dzurenda
Nevada State Prison
Medical Director Aranas M.
Governor Nevada State
Sandoval.
Nevada Director of Phar
macy Linda Fox -
Warden Director HDSP
Warden Williams HDSP.
Nurse Rio. D. Defendant(s).
1-100 etc

**2:17-cv-01745-RFB-CWH**

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

### A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, __Wayne A Porretti__
(Print Plaintiff's name)

who presently resides at __P.O. Box 650 indian springs Nev. 89070__, were

violated by the actions of the below named individuals which were directed against

Plaintiff at __High Desert State Prison__ on the following dates
(institution/city where violation occurred)

__5-25-17__ , __5-26-17__ , and _____.
(Count I)    (Count II)    (Count III)

(An officer has told me my grievances
are dissappearing also any grievance will be
Denied. So There go's exhnustiny
Grievance Proceedurs. Also Author
wishs)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

6 @ 2) Defendant **Law Wy Firm** resides at **395 Pw Russell, L.V. Nev 89018 2316** _Only know mail address_
(full name of first defendant) (address if first defendant)
and is employed as **NDOC Pharmists**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: She is the Pharmist that had my meds (well but then it stopped). Because of cost theme I took where in conformity with the treatment for defendants (torturers) Chronic Neurological, Psy-c illness. I also sent her a copy of court order. She fails to allow proper meds or meds that show to work. Violated NRS 176.057 L(B)

2 @ 3) Defendant **Psych Nurse RID B.** resides at **works at HDSP. Indian springs Nev**
(full name of first defendant) (address if first defendant)
and is employed as **Psyco Nurse Provider HDSP**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: This nurse told me the meds are changed. and only offered me Resperdal (Be on TV lawsuit side effects causes male breast). Refuses to follow court order NRS 176.057 (1) (B) says we don't follow that violation #8 USCA By know I need Chronic care. proper meds Ignore it

8 @ 4) Defendant **Warden Williams** resides at **work at Indian Spring Nev HDSP**
(full name of first defendant) (address if first defendant)
and is employed as **Warden High Desert Prison**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: I sent him copys of court order NRS 176.057 (1)(B) also all Dr Reports he fails to help and allows this malpractice

No one wants to tell me correct name

@ @ 5) Defendant **Supervisor Nurse HDSP** resides at **HDSP, Indian Springs Nev.**
(full name of first defendant) (address if first defendant)
and is employed as **Supervisor Nurse HDSP**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: Sent her copy of court order NRS 176.057 (1)(B) She also had meds taken of Phuowuily for cost She knows aware of my problem. "They have no official Policy of against child abuse

2

Based Because The way They Handled The matter Did not allow Them To Enjoy Amunity from individel suit cases.

32   681 F.3d 978. Snow - 9Th Circut - 2012
763 F.3d 1060. Galwell 9th 2014

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant **Mr Dzurenda** resides at **3955 W. Russell Rd. L.V. Nev**
(full name of first defendant)  (address if first defendant) **89118-2316**
and is employed as **Director of Nevada Prisons**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was acting

1) court ordered Treatment Based on cost, Prison Took my med of Formuly
under color of law: **NRS 176.057 (1)(B)** Conformant To Crimy (court orders)
neurlogical for defendants mental illness, Nev Prisoner Dept.
NRS 433. A115 Care for person with Dimished capacity, USCA 8Th
Cruel and unusual Punishment. Denial of proper medcine

3) Defendant **Director Aranas** resides at **3955 W Russell Rd. L.V. Nev**
(full name of first defendant)  (address if first defendant) **89118-2316**
and is employed as **Med Director Prisons Nev**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was acting

2) court ordered Prison Took The meds I Took of Formu lany Because of cost
under color of law: **NRS 176.057(1)(b)** Conformant To care for defendant
neurlogical for defendants mental illness Court ordered
(for Tourettes) Dimished capacity 433.115 Dimished Capacity. Treatment Based on cost

4) Defendant **Gov. Sandoval** resides at **3955 W. Russel Road. L.V. Nev. 89178-2316**
(full name of first defendant) **Nevada**  (address if first defendant)
and is employed as **State Governor Nevada Gov**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was acting

3) under color of law: **Court order 176.057(1)(B)** Conformant for care for
Defendant neurlogical Disorder also Dimished capacity NRS 433.115. also
cruel and unusual medical care Treatment for Tourettes

5) Defendant **Phamsist Lind Fox** resides at **3955 W. Russel Rd. L.V. Nev. 89118**
(full name of first defendant)  (address if first defendant) **2316**
and is employed as **DoP Pharmacy Director**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was acting

court order.
under color of law: Suppose To give Proper care **NRS 176-057(1)(B)** Conformant
for Defendants Neurlogical and psyic. **NRS 493.A115** Dimished capacity
Treatment for Tourettes. Proper medical care not Based on cost
USCA 8Th Cruel and Unsual 2 Treatment

3)

Represents Gov. Sandoval
Nevada A.G. ↙Sandoval

10) Defendant __A.P. LAXALT__ resides at __100 North Carson St. Carson City Nev. 89701__
    (full name of first defendant)                    (address if first defendant)
and is employed as __Attorney for State Nevada__. This defendant is sued in his/her
                        (defendant's position and title, if any)
✓ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Responsible for all Nev Dept are in compliance with USCA violation 8. and NRS. Court order.__

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

I Am not a Lawyer. I can not combat The agencys and Person Doing This will go now. He Don't want to Be Named as Author

---

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

I suffer with a Neurological Disorder Tourettes. which has been found Gene in DNA (Disease + Defect) Also Diagnosed OCD ADHD Schizo. paranoid, psychotic, illusions + Delusions. Araind at HDSP 2016. medical changed my meds at intake. Because what I took was not on Formulary - I was hearing voices in vent. "Bad I Refused To Lock up with The voices. I was written up and Punished for being mentally ill. Medical Put me on meds I've Taken 20-25 yrs. The same meds they took away on arrival Wellbutrin and Sanroquill. On 5-25-17 I was told my meds were D.C. Because of cost and Pharmacy and Prison cut meds. "Deliberate in D. ffnrnc" "Conflict of intrest" "cost effective" Medical stopped meds and ordered D.ffrent meds without even seeing me. My Drs and SNAMH went threw many meds Because one med helps one and makes other worst. or cause Tar-DA-TD-CA-lemee-sha. or other neurological Problems. which was a Problem with The meds they tried to give me. I took before with side effects. I Told nurse this. So instead of

## C. CAUSE OF ACTION

Telling psyc The Problem. I am not getting any meds. and Now I'm Told In med seeking - Yes I want The proper meds that helps my chronic illness Not Following Court order NRS. 176.057 (1)(b) + NRS 174.063 inclosed A,B,C. Also 763 F.3d 106. Snow v St 9th 2012 681 F.3d 978. Colwell v St 9th 2014

34

## COUNT I

The following civil rights has been violated: USCA Violation is 8th and 14th and Nevada State Constitution - Cruel and Unusual Treatment and refusal for Proper meds. for neurological Problem Also NRS. 176.057(1)(B) NRS. 174.063 Proper Treatment for mental illness Court order

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

① Medical Director DOC. Dr. Aranas. Allows for care for medical + Ps
② Arrived at H.D.S.P. March 2016. Medical took away the meds I to for neurological Problems and pain meds. Meds ordered by DOC. The me I had. Didn't help was punished for hearing voices in the vent of cell would not go Back in. So I was put in hole (punished for being mentally
③ Dr at that time gave me meds that I took on the street, for 13 mo on 5-25-17 the Director of prisons medical cut my meds "Special ord for no other reason than cost. and medical never even seen me. Find out what meds work or don't but ordered a med I took before didn't help causing cruel and unusual punishment, no care for med pro
④ Linda Fox Allows at H.D.S.P. Poor care for wards of the sta by allowing and knowing some meds don't help. and allows poor treatment by the staff and people with chronic care. She allows t DOCS and staff not to take up to many people that needs both psyic ca and medical care. Such as Plantiff. I wrote her and told her my have been DC and Allowing Staff to order change my meds with seeing the patient. (I still have not back no answer) med neg of care. I Also said meds ordered I took before with si effects they ordered for me. So I get nothing for medical-mental and psyic. I was also told I'm pill seeking. Yes one that would I have filed many kites and AR 740 letting them know my P. and every day they refuse to address. I suffer from a chronic il and can no longer get treatment proper treatment also my Jud Judgement of conviction marked A B. w my guilty plea - but m ill NRS 174.063 and marked B. 4 Court ordered NRS 176.057( " In conformity. With such treatment as is medically indicat for defender mental illness, marked c. Lines 4-9, state ha ignored all these mental illness. Linda Fox. Dr Aranas and of Prison. has cut meds for cost. Linda Fox Refuses to handle off me medical

34

## COUNT I

The following civil rights has been violated: USCA Violation is 8th and 14th and Nevada State Constitution - Cruel and Unusual Treatment - and Refusal for Proper meds for Neurological Problem. Also NRS. 176.057(1)(B) NRS. 174.063. Proper Treatment for mental illness Court ordered

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

① Medical Director DOR. Dr. Aranas. Allows for care for medical + psyic
② Arrived at H.D.S.P. March 2016. medical took away the meds I took for Neurological Problems and psyic meds. meds ordered By DOC. The meds I had didn't they was Punished for hearing voices in the vents of cell. I would not go back in. So I was put in hole (Punished for being mentally ill)
③ Dr at that time gave me meds that I took on the streets. for 13 months on 5-25-17 the Director of prisons medical cut my meds "Special order" for no other reason than cost. and medical never even seen me to find out what meds work or Don't But ordered a med I took before and didn't help causing Cruel and unusual Punishment, no care for med Problem
④ Linda Fox. Allows at H.D.S.P. Poor care for wards of the state. By allowing and knowing some meds Don't help. and allows poor treatment by the staff and People with chronic care. She allows the Dr's and staff not to talk up to many People that needs both psyic care and medical care. Such as Plantiff. I wrote her and told her my meds have been DC and allowing staff to order change in meds without seeing the patient. (I still have got back no answer) Med neglect of care. I also said meds ordered I took before with side effects they ordered for me. So I get nothing for medical - neurological and psyic. I was also told I'm pill seeking. Yes one that would
I have filed many kites and AR 740 letting them know my problem and each day they refuse to address. I suffer from a chronic illness and can no longer get treatment proper treatment also my Jud. Judgement of conviction marked A.B. w my Guilty Plea - But mental ill" NRS 174.063 and marked B. + count ordered. NRS 176.057(1)(B)
"in conformity with such treatment as is medically indicated for Defendants mental illness. marked C. Lines 4-9. state has ignored all these mental illness. Linda Fox. Dr Aranas and Dir of prison has cut meds for cost. Linda Fox refuses to handle off meds
Medical

35

## COUNT II

The following civil rights has been violated: USCA Violation 8th - 14th and New Constitutional Federal Constitution and State Guaranty I shall not be treated as cruel and unusual punishment. Also NRS 176.057(1)(B) And NRS 174.063 Treatment of A Mentally Ill Person Count Order

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

① Governor of Nevada, B. Sandoval is in charge of the State Depts and Responsible To Make Sure all Dept are Keeping with The Nevada Constitution and also The USCA 8 + 14 and also to The people That Are in Department of Prisons as a ward of the State.

② Governor Sandoval is Responsible for The people he has Appointed as the director of Nevada State Prison who is Responsible for The medical Treatment of Prisoners with The cost of meds should not be an issue for Their care.

③ Pharmacist at Casa Grande (They will not give me his name Director of Pharmacy) I am told started to Refuse to Allow some meds out also Because of cost. The Director of Medical, Pharmacy Director, Linda Fox know I cant Take The meds ordered (without seeing me) But Do not approve it. Now 7 Days no meds for Nerological & Psych cares.

④ Saw HDSP Psyic Dr and Told either Try This med Because We are very Limited Because Linda Fox and DOP medical Director has stopped any meds That Are not on the Furmulary, and Then ordered a med Resperidal That Side Effect is one Thing causes male Breists and Told That's your only choice since Linda Fox, Dr Arianas has cut Furmulary

All Violated (That Knew I was sick and need chronic care)
USCA 8th Violates NRS 176.057(1)(b) Count order

36

## COUNT III

The following civil rights has been violated: USCA 8D + 14Th protection from cruel and unusual Punishment. Denying Proper Treatment. Violation of Nevada Constitution. Equal Protection. proper medical Attention. That should not Be based on Cost. Also Violation of CourtOrdered NRS 174.063 + 176.057.(1)(B) Court order

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

(1) Director of D.O.P. Pharmacy - Her name is Linda Fox. She works out of Casa Grande 3955 West Russel Road L.V. Nev. 89118-2316. Refuses To allow The special meds That I Took. I Just Found out That Linda Fox is The Director of Pharmacy. That Linda Fox will not allow The meds I Took and Ladies Crossing Drs agreed The med Sanaquil and wellibutrin. are The best meds Used with mr Porretti. Releaving some of Ailment. That makes Life Easgier for mr Porretti with out causing Bad Side effects. most meds will Help on side of Nerological Problem But Makes another one worst and Also helps incompetency in Life.

I Am Told by medical Im Pill Seeking. and Tell me There are only 2-3 meds can Be perscribed and If They Don't Help. Can't Do any Thing. So Now Im Thing Efferor. Side Effect cause Brecits. You saw This med commerical on T.V. with side effect

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the same or similar facts as involved in this action? ____ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

37

outline).

a) Defendants: _____

b) Name of court and docket number: _____

c) Disposition (for example, was the case dismissed, appealed or is it still pending?):
_____

d) Issues raised: _____
_____
_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?
 ✓ Yes  ___ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

I Don' Know if The Rogr Phi PoB it'S Probation its

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: Judge Ellsworth ("DoP Lost my Case File)

b) Name of court and case number: 8 Page District Court S

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ✓ failed to state a claim upon which relief could be granted.

d) Issues raised: Can't Sue a Judge That is handeling The Case

e) Approximate date it was filed: Late 2014 Early 2015

f) Approximate date of disposition: Mid 2015

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: Mr Hendron ("DoP Lost my Case File")

b) Name of court and case number: District Court S 27 9 PL?

7

3b

c) The case was dismissed because it was found to be (check one): ✓ frivolous ___ malicious or ✓ failed to state a claim upon which relief could be granted.

d) Issues raised: **Ineffective Assistance of Counsel**

e) Approximate date it was filed: **2013-2014**

f) Approximate date of disposition: **Late 2014**

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ___ Yes ✓ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ✓ state or federal court decision; (3) ✓ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.

If your answer is "Yes", provide the following information. Grievance Number **Did not** 
Date and institution where grievance was filed **filed AR.740 Emergency Grievance**

Response to grievance: **Not An Emergency. "Let medical know" You can not take the meds ordered without you there. See med Dept.**

8

How ever I wish, if possible To Rush issues To go in Front of a Hearing officer if possible

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

(1) Follow court order NRS 176.057(1)(B) for chronic care conformity to treatment is medically indicated for Defendants prescribed illness

(2) Punitive what the court sees fit. (3) T.V. Radio Hot Pot-light Radio Fan. If State agrees I'll Drop law suit, But @ Point: Please

(4) Receive Proper Meds, Any Psych cancer will Any To settle out of court. I'm on To-Life Probation (In Offete)

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Sysco - Going To Camp
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

6-19-17
(Date)

--------------------------------
(Additional space if needed; identify what is being continued)

The whole motion writ.
These 2 cases goes as far as show the USCA 8T violation The Defendants are not amuined To civil suits Because of the violation on knowing about USCA violation and count 9Th endereds. Cases again Are Coldwell VST 763 F3d 1060 2014 Swuw VST 9Th 681 F3d 1060.

9

29

AFFIDAVIT OF Wayne A Porretti

STATE OF NEVADA  )
                 ) ss:
COUNTY OF CLARK  )

TO WHOM IT MAY CONCERN:

I, Wayne Porretti, the undersigned, do hereby swear that all the following statements and descrition of events, are true and correct, of my own knowledge, information, and belief, and to those I believe to be true and correct. Signed under penalty of perjury pursuant to NRS 208.165.

(1) THAT Affiant is Housed in High Desert State Prison

(2) Affiant Suffers from a Nerological Disorder Tarettes with is found in The Gene of DNA. Documented

(3) Affiant Also Suffers from a Psyic Illness. Schizo OCD ADHD. parinoid psyctic ilusional an Hallucination Disorder

(4) Affiant Has Spent many Days and months with SNAMH Hospital.

(5) Affiant States He has been to Lake Crossing Hosp in Sparks for the State competency Hospital.

(6) Affiant States The Pharmacy at Nevada State prison has cut All of The Formulary Special order meds (which is what I took) for The only Reasa cut was for Cost.

(7) Affiant States The meds They have now I have Taken Before with Side Effects. Some TARDA-Dis-ca-line e-shai or other side Effects

(8) Affiant Was Given a choice of Medicine That one Side Effect causes Male Breasts

(9) Affiant States once again at Lakes crossing

30

for competence. Drs Tried many Different Drugs and The Drs came up with a combination of Wellibutrin + antipsycotic. med SARRAquil. That Worked The best.

(10) Affiant states as shelf life weens of The meds he will be Treated By cruel and unisual Treatment.

(11) Affiant was Told my Grievances are going To Dissapre And There is Nothing I can Do - Not even Exhust Proceedure

"
"
"
"
"
"
"
"
"
"
"
"

FURTHER, AFFIANT SAYETH NAUGHT.

EXECUTED AT High Desert State Prison this 19 day of June 20-17

IN FRONT OF: _____ BY: Wayne A Bonito

NDOC # 19740

Electronically Filed
8/24/2017 9:07 AM
Steven D. Grierson
CLERK OF THE COURT

1  **JOCP**

**DISTRICT COURT
CLARK COUNTY, NEVADA**

THE STATE OF NEVADA,

　　　　　Plaintiff,

-vs-　　　　　　　　　　　　　　　CASE NO:　C-12-280385-1

WAYNE ANTHONY PORETTI　　　　DEPT NO:　V
#380138

　　　　　Defendant.

## JUDGMENT OF CONVICTION
### (PLEA OF GUILTY – BUT MENTALLY ILL)

The defendant previously appeared before the Court with counsel and entered a plea of guilty but mentally ill pursuant to NRS 174.063 to the crime of GRAND LARCENY (a Category C Felony) in violation of NRS 205.220(1), 205.222(2). Thereafter, on the 17th day of May, 2017, the defendant was present in court for sentencing with counsel ADAM GILL, ESQ., and good cause appearing,

THE DEFENDANT IS HEREBY ADJUDGED guilty but mentally ill of said offenses and, in addition to the $25.00 Administrative Assessment Fee and the $3.00 DNA Collection Fee, the defendant is sentenced to a MAXIMUM of SIXTY (60) MONTHS and a MINIMUM of TWELVE (12) MONTHS in the Nevada Department of Corrections (NDC), to run CONCURRENTLY with C279827; with ONE THOUSAND NINE HUNDRED THIRTY EIGHT (1,938) DAYS credit for time served.

///
///
///
///
///

Dismissed (after diversion)　　☐ Dismissed (during trial)
Dismissed (before trial)　　　 ☐ Acquittal
☒ Guilty Plea with Sent (before trial)　☐ Guilty Plea with Sent. (during trial)
Transferred (before/during trial)　☐ Conviction
Other Manner of Disposition

RECEIVED
JUN - 0 2017
[illegible] WARDEN

T:\PRISON JOCS\C-12-280385-1 (WAYNE PORETTI) JOCP.DOC

B

Pursuant to NRS 176.057(1)(b), the COURT finds that the Defendant was mentally ill at the time of sentencing and therefore, THE COURT FURTHER ORDERS that the defendant is to receive treatment for his mental illness during the period of confinement in conformity with such treatment as is medically indicated for the defendant's mental illness.

DATED this 22nd day of May, 2017.

CAROLYN ELLSWORTH
DISTRICT JUDGE

2

T:\PRISON JOCS\C-12-280385-1 (WAYNE PORRETTI) JOCP.DOC

#C

    b.  Include in that sentence an order that I, during the period of my confinement or probation, be given or obtain such treatment as is medically indicated for his mental illness.

3⊘

*Dr Hoover*

  I understand that if my sentence includes a period of confinement at a state correctional facility, the Department of Corrections shall separate me from the general population of the prison and shall not return me to that population until a licensed psychiatrist or psychologist employed by the Department finds that I no longer require acute mental health care and that if I am placed or returned to the general population, I must continue to be given or obtain such treatment as is medically indicated for my mental illness.

  I understand that as a consequence of my plea of guilty but mentally ill the Court must sentence me to imprisonment in the Nevada Department of Corrections for a minimum term of not less than one (1) year and a maximum term of not more than five (5) years. The minimum term of imprisonment may not exceed forty percent (40%) of the maximum term of imprisonment. I understand that I may also be fined up to $10,000.00. I understand that the law requires me to pay an Administrative Assessment Fee.

  I understand that, if appropriate, I will be ordered to make restitution to the victim of the offense(s) to which I am pleading guilty and to the victim of any related offense which is being dismissed or not prosecuted pursuant to this agreement. I will also be ordered to reimburse the State of Nevada for any expenses related to my extradition, if any.

  I understand that I am eligible for probation for the offense to which I am pleading guilty. I understand that, except as otherwise provided by statute, the question of whether I receive probation is in the discretion of the sentencing judge.

  I further understand that if I am pleading guilty to charges of Burglary, Invasion of the Home, Possession of a Controlled Substance with Intent to Sell, Sale of a Controlled Substance, or Gaming Crimes, for which I have prior felony conviction(s), I will not be eligible for probation and may receive a higher sentencing range.

RECEIVED

JUN - 6 20⬤



LEGAL MAIL

CONFIDENTIAL

From: P.O. Box 650
Indian Springs, NV 89070

Court House
Federal Building
333 S Las Vegas Blvd
Las Vegas NV 89101
Attn Paper