EVIDENCE

PACKAGE

#10

CASE #
2:17 CV 01745 RFB CWH

CASE NAME

Porretti V Dzundra et al

Page 1 of 4

This is a grievance I filed the day I was having psyic problems again 2nd Emergency Grievance why is this one not on the Grievance History. States Exhibit A. But you see how they say I was Abusing Grievance. This one too just Dissappeared. See Package 3 stamped Received By Wander Grievance Dissappeared Again was The Beginning of 350 in whole Passave Aggressive. and Locked in Shower instead of Psyic- No one stayed in hole 350 Being Accused of Refusing Bed move- NO ONe.

2 of 4



Package #10

3 of 4

# NEVADA DEPARTMENT OF CORRECTIONS
## **EMERGENCY**
### GRIEVANCE FORM

NAME: Wayne A Purrett   I.D. NUMBER: 19740

INSTITUTION: L.C.C.   UNIT: 4A8

GRIEVANT'S STATEMENT: I wrote a previous Grievance today you have not responded to. You put me in hole again while I was in a room you moved me to and told staff I was hearing voices in vent saying to hurt myself and things that was going to be done to me when I asked you why was I in hole for psych beliefs, I was told because I refused to move. I was in the room you moved me to when you took me out. Im having psych problems because you D/C'ed meds and once I'm on new don't help. This is the 2nd time you put me in hole because I'm having psych problems and complain about wanting to see a psych to talk to and possibly instead of med change. Im hearing voices. Im now suicidal or will mentally died and worse. Please help me.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: Wayne Purr   DATE: 8-14-17   TIME: ?

RECEIVING STAFF SIGNATURE: _____   DATE: 8-14-17   TIME: 21:45

SUPERVISOR COMMENT/ACTION TAKEN ON EMERGENCY GRIEVANCE: _____

SUPERVISOR SIGNATURE: _____ TITLE: _____ DATE: _____ TIME: _____

INMATE AGREES: _____   INMATE DISAGREES: _____

INMATE SIGNATUE: _____ TIME: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FORMAL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:   To inmate when complete, or attached to formal grievance
Canary:    To Grievance coordinator when complete
Pink:      Inmate's initial receipt

4 of 4

DOC-1564 (7/02)