AARON D. FORD
  Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*
*Alberto Buencamino, James Dzurenda,*
*Bob Faulkner, Linda Fox, Rio Manalang,*
*Francis Oakman, Perry Russell, and Brian Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Wayne A. Porretti,<br><br>       Plaintiff,<br><br>v.<br><br>Dzurenda, *et al.*,<br><br>       Defendants. | Case No. 2:17-cv-01745-RFB-CWH<br><br>**STIPULATION AND ORDER REGARDING THIS COURT'S MINUTE ORDER (ECF NO. 179)** |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree that Jason A. Makris will communicate with Dr. Norton Roitman regarding his availability for an evidentiary hearing.

/ / /

/ / /

/ / /

Plaintiff and Defendants further stipulate and agree to extend deadline to file a notice with proposed dates and times to set an evidentiary hearing date [in the month of August, 2019] from July 16, 2019 to July 26, 2019.

By: /s/ Jason C. Makris                      Date: 07/15/2019
       Jason C. Makris
       *Attorney for Plaintiff*

AARON D. FORD
Attorney General

By: /s/ Henry H. Kim                        Date: 07/16/2019
       Henry H. Kim (No. 14390)
       Deputy Attorney General
       *Attorneys for Defendants*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: July 23, 2019