# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

WAYNE A. PORRETTI,

    Plaintiff,

v.

DZURENDA, *et*, *et al.*,

    Defendants.

Case No. 2:17-cv-01745-RFB-DJA

**ORDER TO PRODUCE
WAYNE A. PORRETTI, # 19740**

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **WAYNE A. PORRETTI, #19740,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **WAYNE A. PORRETTI, #19740,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Thursday, September 19, 2019, at the hour of 1:00 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the

Court entitled above, until the said **WAYNE A. PORRETTI, #19740**, is released and discharged by the said Court; and that the said **WAYNE A. PORRETTI, #19740,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 12th day of September, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**