1

2

3

4

5

6              **UNITED STATES DISTRICT COURT**

7                    **DISTRICT OF NEVADA**

8                            * * *

9

10   WAYNE A. PORRETTI,                    Case No. 2:17-cv-01745-RFB-DJA

11               Plaintiff,              **ORDER TO PRODUCE**
                                         **WAYNE A. PORRETTI, # 19740**
12         v.

13   DZURENDA, *et*, *et al.*,

14               Defendants.

15

16   TO:     MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
17   TO:     BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
             INDIAN SPRINGS, NV
18           UNITED STATES MARSHAL FOR THE DISTRICT OF
             NEVADA AND ANY OTHER UNITED STATES MARSHAL
19

20

21         **THE COURT HEREBY FINDS** that **WAYNE A. PORRETTI, #19740,** is presently in

22   custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian

23   Springs, Nevada.

24         **IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall

25   transport and produce **WAYNE A. PORRETTI, #19740,** to the Lloyd D. George United States

26   Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on

27   or about Wednesday, November 6, 2019, at the hour of 10:00 a.m., to attend a hearing   in

28   the instant matter, and arrange for his appearance on said date as may be ordered and directed by

the Court entitled above, until the said **WAYNE A. PORRETTI, #19740**, is released and discharged by the said Court; and that the said **WAYNE A. PORRETTI, #19740,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

      **DATED** this <u>22nd</u> day of October, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**