AARON D. FORD
  Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*
*Alberto Buencamino, James Dzurenda,*
*Bob Faulkner, Linda Fox, Rio Manalang,*
*Francis Oakman, Perry Russell, and Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Wayne A. Porretti,<br><br>             Plaintiff,<br><br>    v.<br><br>Dzurenda, *et al.*,<br><br>             Defendants. | Case No. 2:17-cv-01745-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION** |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline for Defendants to file a response to Plaintiff's Motion for Order to Show Cause for Failure to Comply with Court's Orders (ECF No. 283).

///

///

///

///

///

Defendants shall file a response on or before September 2, 2020.

By: /s/ Jason C. Makris          Date: August 25, 2020
    Jason C. Makris (No. 11192)
    *Attorney for Plaintiff*

AARON D. FORD
Attorney General

By: /s/ Henry H. Kim          Date: August 25, 2020
    Henry H. Kim (No. 14390)
    Deputy Attorney General
    *Attorneys for Defendants*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of August, 2020.