JASON C. MAKRIS, ESQ.,
SBN 11192
MAKRIS LEGAL SERVICES, LLC
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 793-4023
Facsimile: (702) 793-4023
Email: jason.makris@makrislegal.com

Attorney for Plaintiff
In conjunction with
U.S. Dist. Court, District of Nevada
Pro Bono Program

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR PLAINTIFF TO FILE A REPLY TO IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE** |
| v. | |
| Dzurenda, *et al*., | |
| Defendants. | |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline for Plaintiff to file a Reply in support of Plaintiff's Motion for Order to Show Cause for Failure to Comply with Court's Orders [ECF No. 283].

///

///

///

///

///

///

///

  Plaintiff shall file a Reply on or before September 14, 2020.

By: /s/ Jason C. Makris     Date: September 10, 2020
  Jason C. Makris (No. 11192)
  *Attorney for Plaintiff*

AARON D. FORD
Attorney General

By: /s/ Henry H. Kim      Date: September 10, 2020
  Henry H. Kim (No. 14390)
  Deputy Attorney General
  *Attorneys for Defendants*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2020, I electronically filed the foregoing **STIPULATION AND ORDER FOR PLAINTIFF TO FILE A REPLY TO IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE [ECF 283]** via the United States District Court, District of Nevada's electronic filing system.  Parties registered with this Court's electronic system will be served electronically.  For those parties not registered, service was made by depositing a copy for mailing in the United State Mail, first-class postage prepaid, at Las Vegas, Nevada to the following:

> AARON D. FORD, ESQ.
> Nevada Attorney General
> HENRY H. KIM, ESQ.
> Deputy Attorney General
>
> State of Nevada, Office of the Attorney General
> 555 E. Washington Avenue, Suite 3900
> Las Vegas, Nevada 89101
> *Attorneys for Defendants:*
> Alberto Buencomina, James Dzurenda, Bob Faulkner, Linda Fox
> Rio Manalong, Francis Oakman, Perry Russel, and Brian Williams

/s/ Jason Makris
An Employee of the Makris Legal Services, LLC