JASON C. MAKRIS, ESQ.,
SBN 11192
MAKRIS LEGAL SERVICES, LLC
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 793-4023
Facsimile: (702) 793-4023
Email: jason.makris@makrislegal.com
*Attorney for Plaintiff*
In conjunction with
U.S. Dist. Court, District of Nevada
Pro Bono Program

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO COMPLY WITH COURT ORDER** |
| v. | |
| Dzurenda, *et al.*, | |
| Defendants. | |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline to October 30, 2020 for Defendants to provide payment of Dr. Norton Roitman's Fees, as previously ordered by this Court.

///
///
///
///
///
///
///
///

**JASON C. MAKRIS, ESQ.**

By: /s/ Jason C. Makris          Date: September 30, 2020
Jason C. Makris (No. 11192)
*Attorney for Plaintiff*


**AARON D. FORD, ESQ.**
Nevada Attorney General

**HENRY H. KIM, ESQ.**
Deputy Attorney General

By: /s/ Henry H. Kim            Date: September 30, 2020
Henry H. Kim (No. 14390)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of October, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on the 30<u>th</u> day of September, 2020, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO COMPLY WITH COURT ORDER** via the United States District Court, District of Nevada's electronic filing system. Parties registered with this Court's electronic system will be served electronically.

**Aaron D. Ford, Esq.**
*Nevada Attorney General*
**Henry H. Kim, Esq.**
*Deputy Attorney General*

/s/ Jason Makris
An Employee of the Makris Legal Services, LLC