JASON C. MAKRIS, ESQ.,
SBN 11192
MAKRIS LEGAL SERVICES, LLC
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 793-4023
Facsimile: (702) 793-4023
Email: jason.makris@makrislegal.com
*Attorney for Plaintiff*
*In conjunction with*
*U.S. Dist. Court, District of Nevada*
*Pro Bono Program*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

****

Wayne A. Porretti,

Plaintiff,

v.

Dzurenda, *et al.*,

Defendants.

Case No. 2:17-cv-01745-RFB-DJA

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS**

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadlines to file Summary Judgment Motions as follows:

| | |
|---|---|
| Motions for Summary Judgment Due: | February 1, 2021; |
| Oppositions due: | February 15, 2021; |
| Replies due: | February 22, 2021. |

///

///

///

///

///

///

**JASON C. MAKRIS, ESQ.**

By: /s/ Jason C. Makris__________ Date: January 12, 2021______
Jason C. Makris (No. 11192)
*Attorney for Plaintiff*

**AARON D. FORD, ESQ.**
Nevada Attorney General

**HENRY H. KIM, ESQ.**
Deputy Attorney General

By: /s/ Henry H. Kim___________ Date: January 12, 2021______
Henry H. Kim (No. 14390)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED:

________________________________
**RICHARD F. BOULWARE, II**
**United States District Court**

DATED this 21st day of January, 2021.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2021, I electronically filed the foregoing **stipulation and order FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS** via the United States District Court, District of Nevada's electronic filing system. Parties registered with this Court's electronic system will be served electronically.

**Aaron D. Ford, Esq.**
*Nevada Attorney General*
**Henry H. Kim, Esq.**
*Deputy Attorney General*

/s/ Jason Makris
An Employee of the Makris Legal Services, LLC