JASON C. MAKRIS, ESQ.,
SBN 11192
MAKRIS LEGAL SERVICES, LLC
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 793-4023
Facsimile: (702) 793-4023
Email: jason.makris@makrislegal.com
*Attorney for Plaintiff*
*In conjunction with*
*U.S. Dist. Court, District of Nevada*
*Pro Bono Program*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*\*

| | |
|---|---|
| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS** |
| v. | |
| Dzurenda, *et al.*, | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadlines to file Summary Judgment Motions as follows:

    Motions for Summary Judgment Due:    March 1, 2021;

    Opposition Brief due:    March 15, 2021;

    Reply Brief due:    March 22, 2021.

///

///

///

///

///

///

1 | **JASON C. MAKRIS, ESQ.**

2 | By: /s/ Jason C. Makris            Date: January 31, 2021
     Jason C. Makris (No. 11192)
3 |  *Attorney for Plaintiff*

4

5 | **AARON D. FORD, ESQ.**
    Nevada Attorney General
6

7 | **HENRY H. KIM, ESQ.**
    Deputy Attorney General

8 | By: /s/ Henry H. Kim              Date: January 31, 2021
     Henry H. Kim (No. 14390)
9 |  Deputy Attorney General
    *Attorneys for Defendants*
10

11

12 |                          IT IS SO ORDERED:

13

14

15 |                          _____
                              RICHARD F. BOULWARE, II
16                            United States District Court

17 |                         DATED this 1st day of February, 2021.

18

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2021, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS (SECOND REQUEST)** via the United States District Court, District of Nevada's electronic filing system. Parties registered with this Court's electronic system will be served electronically.

**Aaron D. Ford, Esq.**
*Nevada Attorney General*
**Henry H. Kim, Esq.**
*Deputy Attorney General*

/s/ Jason Makris
An Employee of the Makris Legal Services, LLC