AARON D. FORD
　Attorney General
HENRY H. KIM (Bar No. 14390)
　Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*
*Alberto Buencamino, James Dzurenda,*
*Bob Faulkner, Linda Fox, Rio Manalang,*
*Francis Oakman, Perry Russell, and*
*Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS (THIRD REQUEST)** |
| v. | |
| Dzurenda, *et al.*, | |
| Defendants. | |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline to file summary judgment motions as follows:

/ / /

/ / /

/ / /

Motions for Summary Judgment due:  March 15, 2021

Opposition Brief due: March 29, 2021

Reply Brief due: April 15, 2021

DATED this 1st day of March 2021.

| AARON D. FORD<br>Attorney General | MAKRIS LEGAL SERVICES, LLC |
|---|---|
| By: /s/ Henry H. Kim<br>    HENRY H. KIM (No. 14390)<br>    Deputy Attorney General<br>    *Attorneys for Defendants* | By: /s/ Jason C. Makris<br>    JASON C. MAKRIS, ESQ. (No. 11192)<br>    *Attorney for Plaintiff* |

IT IS SO ORDERED

DATED:   March 1, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court