AARON D. FORD
 Attorney General
HENRY H. KIM (Bar No. 14390)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*
*Alberto Buencamino, James Dzurenda,*
*Bob Faulkner, Linda Fox, Rio Manalang,*
*Francis Oakman, Perry Russell, and Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Wayne A. Porretti,<br><br>Plaintiff,<br><br>v.<br><br>Dzurenda, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01745-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS** |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline to file summary judgment motions as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   Motions for Summary Judgment due:  March 29, 2021

2   Opposition Brief due: April 12, 2021

3   Reply Brief due: April 26, 2021

4   DATED this 15th day of March, 2021

5   MAKRIS LEGAL SERVICES, LLC                AARON D. FORD
                                            Attorney General
6

7   By: /s/ Jason C. Makris_____          By: /s/ Henry H. Kim_____
       Jason C. Makris (No. 11192)              Henry H. Kim (No. 14390)
8      *Attorney for Plaintiff*                 Deputy Attorney General
                                               *Attorneys for Defendant*
9

10

11                                          IT IS SO ORDERED:

12

13

14  _____
    RICHARD F. BOULWARE, II
15  United States District Court

16  DATED this 15th day of March, 2021.

17

18

19

20

21

22

23

24

25

26

27

28