AARON D. FORD
  Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*
*Alberto Buencamino, James Dzurenda,*
*Bob Faulkner, Linda Fox, Rio Manalang,*
*Francis Oakman, Perry Russell, and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITIONS AND REPLY BRIEFS TO DISPOSITIVE MOTIONS** |
| v. | |
| Dzurenda, *et al.*, | |
| Defendants. | |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline to file oppositions and reply briefs to dispositive motions as follows:

/ / /

/ / /

/ / /

    Opposition Brief due: April 27, 2021

    Reply Brief due: May 11, 2021

By: /s/ Jason C. Makris                    Date: April 8, 2021
    Jason C. Makris (No. 11192)
    *Attorney for Plaintiff*

AARON D. FORD
Attorney General

By: /s/ Henry H. Kim                       Date: April 8, 2021
    Henry H. Kim (No. 14390)
    Deputy Attorney General
    *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 13th day of April, 2021.