```
 1  JASON C. MAKRIS, ESQ., SBN 11192
    MAKRIS LEGAL SERVICES, LLC
 2  400 S. 4th Street, Suite 500
    Las Vegas, Nevada 89101
 3  Telephone: (702) 793-4023
    Facsimile: (702) 793-4023
 4  Attorney for Plaintiff
    In conjunction with
 5  U.S. Dist. Court, District of Nevada
    Pro Bono Program
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| WAYNE A. PORRETTI, | 2:17-cv-01745-RFB-DJA |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS TO DISPOSITIVE MOTIONS |
| DZURENDA, *et al.*, | |
| Defendants. | (SECOND REQUEST) |

**COMES NOW** Plaintiff Wayne Porretti, by and through his counsel of record Jason C. Makris, of the law firm of Makris Legal Services, LLC, and Defendants Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline to file Opposition Briefs and Reply Briefs to dispositive motions as follows:

///

///

///

///

| | | | |
|---|---|---|---|
| 1 | Opposition Brief Due: | May 11, 2021 | |
| 2 | Reply Brief Due: | May 25, 2021 | |

By: /s/ Jason C. Makris            Date: April 23, 2021
Jason C. Makris, Esq. (Bar No. 11192)
*Attorney for Plaintiff Wayne Porretti*

AARON D. FORD

Attorney General

By: /s Henry H. Kim            Date: April 23, 2021
Henry H. Kim (Bar No. 14390)
Deputy Attorney General
*Attorneys for Defendants
Alberto Buencamino, James Dzurenda,
Bob Faulkner, Linda Fox, Rio Manalang,
Francis Oakman, Perry Russell, and Brian Williams*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**United States District Court**

**DATED this** __28th__ **day of April, 2021**