1 AARON D. FORD
   Attorney General
2 HENRY H. KIM (Bar No. 14390)
   Deputy Attorney General
3 State of Nevada
   Office of the Attorney General
4 555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5 (702) 486-3095 (phone)
   (702) 486-3773 (fax)
6 Email: hkim@ag.nv.gov

7 *Attorneys for Defendants*
   *Alberto Buencamino, James Dzurenda,*
8 *Bob Faulkner, Linda Fox, Rio Manalang,*
   *Francis Oakman, Perry Russell, and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS TO DISPOSITIVE MOTIONS** |
| v. | |
| Dzurenda, *et al.*, | |
| Defendants. | |

  Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline to file opposition and reply briefs to dispositive motions as follows:

. . .

. . .

. . .

Opposition Brief due: May 24, 2021

Reply Brief due: June 7, 2021

DATED this 11th day of May, 2021.

| MAKRIS LEGAL SERVICES, LLC | AARON D. FORD<br>Attorney General |
|---|---|
| By: /s/ Jason C. Makris<br>    Jason C. Makris (No. 11192)<br>    *Attorney for Plaintiff Wayne Porretti* | By: /s/ Henry H. Kim<br>    Henry H. Kim (No. 14390)<br>    Deputy Attorney General<br>    *Attorneys for Defendants*<br>    *Alberto Buencamino, James Dzurenda,*<br>    *Bob Faulkner, Linda Fox, Rio Manalang,*<br>    *Francis Oakman, Perry Russell, and*<br>    *Brian Williams* |

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 11th day of May, 2021.