JASON C. MAKRIS, ESQ.,
SBN 11192
MAKRIS LEGAL SERVICES, LLC
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 793-4023
Facsimile: (702) 793-4023
Email: jason.makris@makrislegal.com
*Attorney for Plaintiff*
In conjunction with
U.S. Dist. Court, District of Nevada
Pro Bono Program

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

****

| | |
|---|---|
| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS TO DISPOSITIVE MOTIONS** |
| v. | |
| Dzurenda, *et al*., | |
| Defendants. | |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Esq., Attorney General of the State of Nevada, and Henry H. Kim, Esq., Deputy Attorney General, hereby stipulate and agree to extend the deadlines to file Summary Judgment Motions as follows:

///
///
///
///
///
///
///
///
///

Page **1** of **3**

| | | |
|---|---|---|
| Oppositions/Response Briefs due: | June 28, 2021; | |
| Reply Brief due: | July 12, 2021. | |

**JASON C. MAKRIS, ESQ.**

By: /s/ Jason C. Makris          Date: June 14 , 2021
Jason C. Makris (No. 11192)
*Attorney for Plaintiff*
*Wayne A. Porretti*


**AARON D. FORD, ESQ.**
Nevada Attorney General

**HENRY H. KIM, ESQ.**
Deputy Attorney General

By: /s/ Henry H. Kim          Date: June 14, 2021
Henry H. Kim (No. 14390)
Deputy Attorney General
*Attorneys for Defendants*
*Alberto Buencamino, James Dzurenda,*
*Bob Faulkner, Linda Fox, Rio Manalang,*
*Francis Oakman, Perry Russell, and*
*Brian Williams*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 15th day of June, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2021, I electronically filed the foregoing **stipulation and order FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS TO PARTIES' SUMMARY JUDGMENT MOTIONS** via the United States District Court, District of Nevada's electronic filing system. Parties registered with this Court's electronic system will be served electronically.

**Aaron D. Ford, Esq.**
*Nevada Attorney General*
**Henry H. Kim, Esq.**
*Deputy Attorney General*

/s/ Jason Makris
An Employee of the Makris Legal Services, LLC