| | |
|---|---|
| 1 | JASON C. MAKRIS, ESQ., |
| | SBN 11192 |
| 2 | MAKRIS LEGAL SERVICES, LLC |
| | 400 S. 4th Street, Suite 500 |
| 3 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 793-4023 |
| 4 | Facsimile: (702) 793-4023 |
| | Email: jason.makris@makrislegal.com |
| 5 | *Attorney for Plaintiff* |
| | In conjunction with |
| 6 | U.S. Dist. Court, District of Nevada |
| | Pro Bono Program |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | | |
|---|---|---|
| Wayne A. Porretti, | | Case No. 2:17-cv-01745-RFB-DJA |
| | Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS** |
| v. | | **(FIRST REQUEST)** |
| Dzurenda, *et al.*, | | |
| | Defendants. | |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline to file the Parties' Summary Judgment Reply Briefs and the deadline for the Defendants to file a response to Plaintiff's Countermotion for Additional Discovery as follows:

Reply Briefs and Response to Countermotion due:   July 26, 2021.

///

///

///

///

///

///

///

///

**JASON C. MAKRIS, ESQ.**

By: /s/ Jason C. Makris                                  Date: July 12 , 2021
    Jason C. Makris (No. 11192)
    *Attorney for Plaintiff*


**AARON D. FORD, ESQ.**
Nevada Attorney General

**HENRY H. KIM, ESQ.**
Deputy Attorney General

By: /s/ Henry H. Kim                                     Date: July 12, 2021
    Henry H. Kim (No. 14390)
    Deputy Attorney General
    *Attorneys for Defendants*


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2021, I electronically filed the foregoing **stipulation for STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS (FIRST REQUEST)** via the United States District Court, District of Nevada's electronic filing system. Parties registered with this Court's electronic system will be served electronically.

**Aaron D. Ford, Esq.**
*Nevada Attorney General*
**Henry H. Kim, Esq.**
*Deputy Attorney General*

/s/ Jason Makris
An Employee of the Makris Legal Services, LLC