AARON D. FORD
  Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants
Alberto Buencamino, James Dzurenda,
Bob Faulkner, Linda Fox, Rio Manalang,
Francis Oakman, Perry Russell, and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS TO DISPOSITIVE MOTIONS** |
| v. | |
| Dzurenda, *et al.*, | |
| Defendants. | |

Plaintiff, Wayne A. Porretti, by and through counsel, Jason C. Makris, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline to file reply briefs to dispositive motions and the deadline for Defendants to respond to Plaintiff's Countermotion for Additional Discovery as follows:

. . .

. . .

. . .

Reply briefs and Defendants' Response to Plaintiff's Countermotion for Additional Discovery (ECF No. 389) due: August 9, 2021.

Dated this 26th day of July, 2021.

| | |
|---|---|
| MAKRIS LEGAL SERVICES, LLC | AARON D. FORD<br>Attorney General |
| By: /s/ Jason C. Makris<br>　　　Jason C. Makris (No. 11192)<br>　　　*Attorney for Plaintiff Wayne Porretti* | By: /s/ Henry H. Kim<br>　　　Henry H. Kim (No. 14390)<br>　　　Deputy Attorney General<br>　　　*Attorneys for Defendants*<br>　　　*Alberto Buencamino, James Dzurenda,*<br>　　　*Bob Faulkner, Linda Fox, Rio Manalang,*<br>　　　*Francis Oakman, Perry Russell, and*<br>　　　*Brian Williams* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 27th day of July, 2021.