Wayne Porretti #19740
P.O. Box 650
Indian Springs Nev 89070



United States District Court
District of Nevada

Wayne Porretti
  Plaintiff

v.

J. Dzurenda et al          Ex Parte Communications
  Defendants

Judge Boulware II
   Counsel told me you want information on his Business # being blocked by Prison 702-793-4023 as of 11-8-2021 it is still blocked. I also sent the grievance about the block with response by NDOC prison.

   I would also like to make you aware since we started Wellibutrin and Seroquil NDOC medical as well as P.A. psyc Ms Hall has interupted (haps) the medication 5 times since March 2021. 1 time was told meds were stopped expired script 7-10 days. When in fact it had to be pointed out there were 2 refills. From Sept 21 2021 to Oct 14 2021 stopped Seroquil for the reason again said was expired script - When in fact no nurse went to pharmacy computor till Nurse T. accessed pharmacy computor till Nov 11 2021 - Nurse T told me what happened. One time Ms Hall psyc. said "Ow I thought it was a recommendation - And Now on 11-1-2021 discontinued Wellibutrin saying no refills - but on 11-4-2021 I was told I need to be patient - With respect to this court every alligation I have made was proven. Even

1

Your Honor said I was creditable - I have in hand that I don't want to possibly loose in the mail a Response by P.A Hall the Person who rewrites Dr Sussmans Perscriptions

My Question in the Med Kite -

"I've sent 3 Kites to insure the psyc med wellbutrin to be refilled in time... I did not Help 11/2/2021 Nurse said no more last month it took 21 days to refill Seroquel - A Nurse Finally went into the computer on 10-11-2021 to refill - not one nurse went into the computer to Renew - Nurse Lena You are Responsible for my psyc care - Refill wellbutrin!"

Ms Halls Response 11/4/2021

"Dr Sussman is Responsible for your psyc care - Please be patient with the process of securing the meds you Request from an out side provider. This is an unusual situation and there are steps that need to be taken - your meds have been refilled" I have this in my hand - Every time the meds laps it because PA Hall who only comes to HDSP Thursdays forgets to rewrite Dr Sussmans perscription - NDOC even Refuses to do there part of court ordered care - when I try to get HDSP medical to contact Dr Sussman when a Problem arrives they say have him call Greene or I can only go to Chain of command.

Judge Boulware the starting & stopping of the meds is worse then going without - Def Refuse to follow any of Dr Sussmans prescribed care example - B.P. weight etc

Thank you Submitted 11-8-2021        Thank You

Wayne Reece

2

LAS VEGAS NV 890

12 NOV 2021 PM 4 L

FEDERAL COURT HOUSE
333 S. Las Vegas Blvd
L.V. Nev 89101

89101-705599