AARON D. FORD
  Attorney General
AUSTIN T. BARNUM (15174)
  Deputy Attorney General
ALEXANDER J. SMITH (Bar No. 15484)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: ajsmith@ag.nv.gov, abarnum@ag.nv.gov
*Attorneys for Defendants*
*Alberto Buencamino, James Dzurenda,*
*Bob Faulkner, Linda Fox, Rio Manalang,*
*Francis Oakman, Perry Russell, and Brian Williams*

JASON C. MAKRIS, ESQ., SBN 11192
MAKRIS LEGAL SERVICES, LLC
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 793-4023
Facsimile: (702) 793-4023
*Attorney for Plaintiff*
*In conjunction with*
*U.S. Dist. Court, District of Nevada*
*Pro Bono Program*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE (ECF NO. 417)** |
| v. | |
| Dzurenda, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Austin T. Barnum, Deputy Attorney General and

Alexander J. Smith, Deputy Attorney General, and Plaintiff, Wayne Porretti, by and through counsel, Jason Makris, Esq., to extend the deadline for Defendants to file an opposition to Plaintiff's Motion for Order to Show Cause Hearing For Interruption of Porretti's Mental Health Treatment (ECF No. 417) to be due on March 21, 2022, and reply brief due March 28, 2022.

DATED this 28th day of February, 2022.

| MAKRIS LEGAL SERVICES, LLC | AARON D. FORD<br>Attorney General |
|---|---|
| By: /s/ Jason C. Makris<br>Jason C. Makris (No. 11192)<br>*Attorney for Plaintiff Wayne Porretti* | By: /s/ Austin T. Barnum<br>Austin T. Barnum, (Bar No. 15174)<br>Deputy Attorney General<br>Alexander J. Smith (Bar No. 14390)<br>Deputy Attorney General<br>*Attorneys for Defendants Buencamino,*<br>*Dzurenda, Faulkner, Fox, Manalang,*<br>*Oakman, Russell, and Williams* |



RICHARD E. BOULWARE, II
United States District Court

DATED this 1st day of March, 2022.