UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WAYNE A. PORRETTI,<br><br>      Plaintiff,<br><br>    v.<br><br>DZURENDA, et al.,<br><br>      Defendants. | Case No. 2:17-cv-01745-RFB-DJA<br><br>**AMENDED ORDER TO PRODUCE FOR / TELECONFERENCE WAYNE A. PORRETTI #19740** |

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **WAYNE A. PORRETTI, #19740**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **WAYNE A. PORRETTI, #19740,** on or about March 23, 2022, at the hour of 9:30 AM, for a **videoconference** hearing by zoomgov technology, plaintiff by teleconference in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **WAYNE A. PORRETTI, #19740,** is released and discharged by the said Court; and that **WAYNE A. PORRETTI, #19740,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>2nd</u> day of March, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**