1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

WAYNE A. PORRETTI,

8

Plaintiff,

9

v.

10

DZURENDA, et al.,

11

Defendants.

Case No. 2:17-cv-01745-RFB-DJA

**SECOND AMENDED ORDER TO PRODUCE FOR VIDEOCONFERENCE WAYNE A. PORRETTI #19740**

12
13

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

14   **THE COURT HEREBY FINDS** that **WAYNE A. PORRETTI, #19740**, is presently

15   in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian

16   Springs, Nevada.

17   **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his

18   designee, shall arrange for and produce **WAYNE A. PORRETTI, #19740,**

19   on or about March 28, 2022, at the hour of 11:00 AM, for a

20   **videoconference** hearing by zoomgov technology in the instant matter, and arrange

21   for his appearance on said date as ordered and directed by the Court entitled

22   above, until **WAYNE A. PORRETTI, #19740,** is released and discharged by the

23   said Court; and that **WAYNE A. PORRETTI, #19740,** shall thereafter be

24   returned to the custody of the Warden, High Desert State

25   Prison, Indian Springs, Nevada, under safe and secure conduct.

26

27   **DATED** this 23rd day of March, 2022.

28

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**