UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WAYNE A. PORRETTI,

    Plaintiff,

v.

DZURENDA, et al.,

    Defendants.

Case No. 2:17-cv-01745-RFB-DJA

**ORDER TO PRODUCE FOR VIDEOCONFERENCE /TELECONFERENCE WAYNE A. PORRETTI #19740**

TO:     CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

    **THE COURT HEREBY FINDS** that **WAYNE A. PORRETTI, #19740**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

    **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **WAYNE A. PORRETTI, #19740,** on or about Friday, May 27, 2022, at the hour of 9:00 AM, for a **videoconference** hearing by zoomgov technology, plaintiff appearing by teleconference in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **WAYNE A. PORRETTI, #19740,** is released and discharged by the said Court; and that **WAYNE A. PORRETTI, #19740,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

    **DATED** this <u>19th</u> day of May, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE