AARON D. FORD
  Attorney General
AUSTIN T. BARNUM (15174)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: abarnum@ag.nv.gov

*Attorneys for Defendants
Alberto Buencamino, James Dzurenda,
Bob Faulkner, Linda Fox, Rio Manalang,
Francis Oakman, Perry Russell, and Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Wayne A. Porretti, | Case No. 2:17-cv-01745-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| Dzurenda, *et al.*, | |
| Defendants. | |

Plaintiff, Wayne A. Porretti #19740, *pro se*, and Defendants, Alberto Buencamino, James Dzurenda, Bob Faulkner, Linda Fox, Rio Manalang, Francis Oakman, Perry Russell, and Brian Williams (NDOC Employees), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Austin T. Barnum, Senior Deputy Attorney General hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this case with prejudice.

/ / /

/ / /

/ / /

1   Parties have resolved this matter in its entirety and the Court may accordingly close
2   the case. Any outstanding deadlines are considered moot.
3   DATED this *18* day of August 2022.            DATED this 20th day of September 2022

AARON D. FORD
Attorney General

By: *Wayne A Porretti*
WAYNE PORRETTI, #19740
Plaintiff, *Pro Se*

By: /s/ Austin T. Barnum
AUSTIN T. BARNUM, Bar No. 15174
Senior Deputy Attorney General
*Attorneys for Defendants Buencamino, Dzurenda, Faulkner, Fox, Manalang, Oakman, Russell, and Williams*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** _____